THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v RANDOLPH MAXWELL, Also Known as RANDY MAXWELL, Defend-

ant. [961 NYS2d 782]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Kings County, rendered December 21, 1992.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Dillon, J.P., Balkin, Austin and Sgroi, JJ., concur.